# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SALOME NZEBA KAPEPULA,** :  :   Plaintiff, : **v.** :  : **CITY OF LANCASTER, et al.,** :  :   Defendants. : | **CIVIL ACTION NO. 22-4741** |

## ORDER

**AND NOW,** this 26th day of November, 2024, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 25), and the response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. This case is **DISMISSED**.

BY THE COURT:

_/s/ Mia R. Perez_
Hon. Mia R. Perez